1
2
3
4
5
6
7
8                    NOT FOR CITATION

9          IN THE UNITED STATES DISTRICT COURT

10        FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  ANISSA JORDAN,                    )    No. C 10-05665 JF (PR)
                                      )
13              Petitioner,           )    ORDER GRANTING REQUEST FOR
                                      )    EXTENSION OF TIME TO FILE
14     vs.                            )    TRAVERSE
                                      )
15  WALTER MILLER, Warden,            )
                                      )
16              Respondent.           )
                                      )
17  _____  )    (Docket No. 24)

18

19       Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas

20  corpus pursuant to 28 U.S.C. § 2254.  The Court directed Respondent to file an answer to

21  the petition and granted Petitioner leave to file a traverse within thirty days after the

22  answer was filed.  Respondent has filed an answer.  Petitioner now moves for an

23  extension of time to file a traverse.  Good cause appearing, Petitioner's request (Docket

24  No. 24) is GRANTED.  Petitioner shall file a traverse **no later than October 18, 2011.**

25       IT IS SO ORDERED.

26  DATED: _____8/17/11_____        _____
                                    JEREMY FOGEL
27                                  United States District Judge

28