NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANISSA JORDAN,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>WALTER MILLER, Warden,<br><br>　　　　Respondent. | No. C 10-05665 JF (PR)<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE<br><br><br><br>(Docket No. 24) |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse within thirty days after the answer was filed. Respondent has filed an answer. Petitioner now moves for an extension of time to file a traverse. Good cause appearing, Petitioner's request (Docket No. 24) is GRANTED. Petitioner shall file a traverse **no later than October 18, 2011.**

　　　IT IS SO ORDERED.

DATED: 8/17/11

　　　　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Order Granting Request for Extension Of Time to File Traverse
P:\PRO-SE\SJ.JF\HC.10\Jordan05665_eot-traverse.wpd

1