UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANISSA JORDAN,<br><br>   Petitioner,<br><br>  v.<br><br>WALTER MILLER, Warden,<br><br>   Respondent.<br>_____ / | No. C 10-5665 SI (pr)<br><br>**ORDER RE. LENGTH AND TIMING OF BRIEFS** |

  Respondent's request to file an oversized brief is GRANTED. (Docket # 9.) The 36-page Memorandum of Points & Authorities In Support of Respondent's Response (Docket # 10-1) is deemed properly filed.

  Petitioner's request for an extension of time to file her traverse is GRANTED. (Docket # 29, # 30.) The traverse filed on October 19, 2011 is deemed timely filed.

  The matter remains under submission and will be decided in due course.

  IT IS SO ORDERED.

Dated: October 25, 2011

                _____
                SUSAN ILLSTON
                United States District Judge