1

2

3

4

5                           UNITED STATES DISTRICT COURT

6                          NORTHERN DISTRICT OF CALIFORNIA

7

8    ANISSA JORDAN,                              No. C 10-5665 SI (pr)

9             Petitioner,                        **ORDER RE. LENGTH AND TIMING
                                                 OF BRIEFS**
10        v.

11   WALTER MILLER, Warden,

12            Respondent.
     _____/

13

14       Respondent's request to file an oversized brief is GRANTED.  (Docket # 9.)  The 36-

15   page Memorandum of Points & Authorities In Support of Respondent's Response (Docket #

16   10-1) is deemed properly filed.

17       Petitioner's request for an extension of time to file her traverse is GRANTED.

18   (Docket # 29, # 30.)  The traverse filed on October 19, 2011 is deemed timely filed.

19       The matter remains under submission and will be decided in due course.

20       IT IS SO ORDERED.

21   Dated: October 25, 2011                     _____
                                                 SUSAN ILLSTON
22                                               United States District Judge

23

24

25

26

27

28

United States District Court
For the Northern District of California