UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANISSA JORDAN,                      No. C 10-5665 SI (PR)

       Petitioner,                 **JUDGMENT**

    v.

WALTER MILLER, Warden,

       Respondent.
                                      /

      The petition for writ of habeas corpus is denied. Judgment is hereby entered in favor of respondent.

      **IT IS SO ORDERED AND ADJUDGED**.

DATED: July 9, 2012

                                           SUSAN ILLSTON
                                           United States District Judge

**United States District Court**
For the Northern District of California