UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANISSA JORDAN, | No. C 10-5665 SI (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| WALTER MILLER, Warden, | |
| Respondent. / | |

The petition for writ of habeas corpus is denied. Judgment is hereby entered in favor of respondent.

**IT IS SO ORDERED AND ADJUDGED**.

DATED: July 9, 2012

SUSAN ILLSTON
United States District Judge