**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANISSA JORDAN,<br><br>  Petitioner,<br><br>  v.<br><br>WALTER MILLER, Warden,<br><br>  Respondent.<br>_____ / | No. C 10-5665 SI (PR)<br><br>**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL**<br><br>(Docket No. 42) |

This closed federal habeas corpus action, which is currently on appeal, was filed pursuant to 28 U.S.C. § 2254 by a *pro se* state prisoner. The Court denied the petition for writ of habeas corpus, declined to issue a certificate of appealability ("COA"), and entered judgment in favor of respondent on July 9, 2012.

Petitioner's request to proceed *in forma pauperis* ("IFP") on appeal is DENIED. (Docket No. 42.) In declining to issue a COA, the Court determined that there were no valid appealable issues. Having concluded this, it would not be appropriate to grant petitioner's request to proceed IFP on appeal. The Clerk shall terminate Docket No. 42.

**IT IS SO ORDERED**.

DATED: August 24, 2012

_____
SUSAN ILLSTON
United States District Judge